UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK CARDWELL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMERGENCY MEDICAL SERVICES f/k/a EMPRESS AMBULANCE SERVICE, INC.,<br><br>       Defendant. | Case Nos. 22-CV-08603 (KMK), 22-CV-8101 (KMK), 22-CV-8584 (KMK), 22-CV-8590 (KMK), 22-CV-8663 (KMK), 22-CV-08679 (KMK), 22-CV-8777 (KMK), 22-CV-9318 (KMK), 22-CV-9322 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

 The Court will hold a pre-motion teleconference in this case on November 10, 2022 at 3 PM. Counsel in all related cases (22-CV-8101 (KMK), 22-CV-8584 (KMK), 22-CV-8590 (KMK), 22-CV-8663 (KMK), 22-CV-08679 (KMK), 22-CV-8777 (KMK), 22-CV-9318 (KMK), 22-CV-9322 (KMK)) should appear at that time.

 Counsel shall call the following number at the designated time:

  Meeting Dial-In Number (USA toll-free): (888) 363-4749
  Access Code: 7702195

 Please enter the conference as a guest by pressing the pound sign(#).

 Counsel for Defendants is directed to provide notice to Plaintiff's counsel in any case where Plaintiff's counsel has yet to make an appearance.

 The Clerk of the Court is directed to docket this order in 22-CV-8101 (KMK), 22-CV-8584 (KMK), 22-CV-8590 (KMK), 22-CV-8663 (KMK), 22-CV-08679 (KMK), 22-CV-8777 (KMK), 22-CV-9318 (KMK), 22-CV-9322 (KMK).

SO ORDERED.

DATED: November 3, 2022
     White Plains, New York

                  _____
                  KENNETH M. KARAS
                  UNITED STATES DISTRICT JUDGE