# BakerHostetler

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

November 9, 2023

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

Re:   *Finn v. Empress Ambulance Services, Inc. d/b/a Empress EMS*, Case No. 7:22-cv-08101-KMK (the "*Finn* Action")

Dear Judge Karas:

As you know, we represent Empress Ambulance Service, LLC ("Empress") in the above-captioned *Finn* action. Empress writes jointly with Plaintiff John Finn pursuant to the Court's November 14, 2022 Order [ECF No. 17] requiring the parties to the *Finn* Action to submit joint status reports to the public docket providing updates on the progress of the settlement process. The twenty-fourth status report is due today, November 9, 2023.

As mentioned in our previous letters to the Court, the parties participated in a conference before Judge Gretchen Walsh on September 27, 2023. At the conference, Judge Walsh requested additional information which was submitted to the Court on October 17, 2023. We will continue to apprise this Court of progress and any updates in the State Court action.

We respectfully request that the Court continue to stay the later-filed actions during the settlement approval process. In accordance with the Court's November 14, 2022 Order, we will provide another status update on November 27, 2023.

Honorable Kenneth M. Karas
November 9, 2023
Page 2

Respectfully submitted,

So Ordered.

11/10/23

Casie D. Collignon

cc: All counsel of record (via ECF)