**BakerHostetler**

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

November 27, 2023

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

Re:  Finn v. Empress Ambulance Services, Inc. d/b/a Empress EMS, Case No. 7:22-cv-08101-KMK (the "Finn Action")

Dear Judge Karas:

As you know, we represent Empress Ambulance Service, LLC ("Empress") in the above-captioned *Finn* action. Empress writes jointly with Plaintiff John Finn pursuant to the Court's November 14, 2022 Order [ECF No. 17] requiring the parties to the *Finn* Action to submit joint status reports to the public docket providing updates on the progress of the settlement process. The twenty-fifth status report is due today, November 27, 2023.

On November 27, 2023, Judge Gretchen Walsh signed an order granting preliminary approval of the proposed settlement (the "Preliminary Approval Order"), attached to this letter as Exhibit A for ease of reference. (NYSCEF No. 32). The settlement notice program is set to commence on January 8, 2024 and a Final Approval Hearing is set for April 13, 2024.

We respectfully request that the Court continue to stay the later-filed actions while the settlement notice and approval process continue. In accordance with the Court's November 14, 2022 Order, we will provide another status update on December 11, 2023 or any later date the Court would prefer.

Honorable Kenneth M. Karas
November 27, 2023
Page 2

Respectfully submitted,

Casie D. Collignon

cc: All counsel of record (via ECF)