# BakerHostetler

**Baker&Hostetler LLP**

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

April 15, 2024

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

Re:   *Finn v. Empress Ambulance Services, Inc. d/b/a Empress EMS*, Case No. 7:22-cv-08101-KMK (the "Finn Action")

Dear Judge Karas:

As you know, we represent Empress Ambulance Service, LLC ("Empress") in the above-captioned *Finn* action. Empress writes jointly with Plaintiff John Finn pursuant to the Court's November 14, 2022 Order [ECF No. 17] requiring the parties to the *Finn* Action to submit joint status reports to the public docket providing updates on the progress of the settlement process. The twenty-sixth status report is due today, April 15, 2024.

As previewed for the Court, the settlement notice program commenced on January 8, 2024 and a Final Approval Hearing was held on April 3, 2024. At the Final Approval Hearing, Judge Walsh decided to adjourn the Hearing until May 16, 2024 to allow for the conclusion of the claims period on May 8, 2024 before issuing her ruling.

We respectfully request that the Court continue to stay the later-filed actions while the settlement notice and approval process continue. In accordance with the Court's November 14, 2022 Order, we will provide another status update on May 17, 2024 or any other date the Court would prefer.

Respectfully submitted,

*[signature]*

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Honorable Kenneth M. Karas
April 15, 2024
Page 2

Casie D. Collignon

cc: All counsel of record (via ECF)

Granted.

So Ordered.

4/15/24