# BakerHostetler

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado 80202-2662

T 303.861.0600
F 303.861.7805
www.bakerlaw.com

June 28, 2024

Casie D. Collignon
direct dial: 303.764.4037
ccollignon@bakerlaw.com

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

Re: *Finn v. Empress Ambulance Services, Inc. d/b/a Empress EMS*, Case No. 7:22-cv-08101-KMK (the "Finn Action")

Dear Judge Karas:

As you know, we represent Empress Ambulance Service, LLC ("Empress") in the above-captioned *Finn* action. Empress writes jointly with Plaintiff John Finn pursuant to the Court's November 14, 2022 Order [ECF No. 17] requiring the parties to the *Finn* Action to submit joint status reports to the public docket providing updates on the progress of the settlement process. The thirtieth status report is due today, June 28, 2024.

As we previously informed the Court, at the May 16th Final Approval Hearing, Judge Walsh requested that Plaintiffs submit an updated Proposed Order Granting Final Approval of the Class Action Settlement to include several details, including the final claims rate. The parties have done so and continue to await Judge Walsh's ruling on the motion for final settlement approval.

We respectfully request that the Court continue to stay the later-filed actions while the settlement notice and approval process continue. In accordance with the Court's November 14, 2022 Order, we will provide another status update on July 12, 2024 or any other date the Court would prefer.

Honorable Kenneth M. Karas
June 28, 2024
Page 2

Respectfully submitted,

So Ordered.

6/28/24

Casie D. Collignon

cc: All counsel of record (via ECF)