UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FINN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPRESS AMBULANCE SERVICES, INC., d/b/a EMPRESS EMS,<br><br>Defendant. | Case No.: 7:22-cv-08101 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Finn, by and through his undersigned counsel, hereby voluntarily dismisses, with prejudice, his claims against Defendant Empress Ambulance Services, Inc., d/b/a Empress EMS.

Dated: May 8, 2025

Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson (NY # 5436043)
twolfson@ahdootwolfson.com
Deborah De Villa (NY Bar # 5724315)
ddevilla@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

Andrew W. Ferich (admitted *pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiff*

SO ORDERED
HON. KENNETH M. KARAS U.S.D.J.
5/9/2025